**Opinion issued April 21, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00101-CR

_____

### IN RE ROBERT GLENN DAVIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Robert Glenn Davis, has filed another petition for writ of mandamus[1] challenging the trial court's refusal to respond to relator's request pursuant to the Texas Open Records Act.[2]

As stated in our previous opinions, relator has not established that he is entitled to mandamus relief. Section 552.028 states that "a governmental body is not required to accept or comply with a request for information from . . . an individual who is imprisoned or confined in a correctional facility . . . ." TEX. GOV'T CODE § 552.028. Documents attached to relator's petition indicate that he is an inmate in the Texas Department of Criminal Justice. Accordingly, the trial court had no duty to rule on relator's request for information.

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Relator has filed three previous petitions for writ of mandamus raising exactly the same complaint, which were all denied. *See In re Davis*, No. 01-20-00258-CR, 2020 WL 1681174 (Tex. App.—Houston [1st Dist.] Apr. 7, 2020, orig. proceeding) (mem. op.); *In re Davis*, No. 01-19-00907-CV, 2020 WL 1144673 (Tex. App.—Houston [1st Dist.] Mar. 10, 2020, orig. proceeding) (mem. op.); *In re Davis*, No. 01-19-00246-CV, 2019 WL 2292633 (Tex. App.—Houston [1st Dist.] May 30, 2019, orig. proceeding) (mem. op.).

[2] The underlying case is *State v. Robert Glenn Davis*, cause number 903461, pending in the 184th District Court of Harris County, Texas, the Honorable Abigail Anastasio presiding.